(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>District of_____ | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>RODRIGUEZ, ERICK J. | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>RODRIGUEZ, MARISOL |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>NONE | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>NONE |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D.<br>No. (if more than one, state all):   4192 | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all):   3294 |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>CALLE ISABEL J15<br>MASIONES REALES<br>PONCE PR | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>SAME |
| County of Residence or of the   PONCE<br>Principal Place of Business: | County of Residence or of the   SAME<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>PO BOX 8841<br>PONCE PR 00732 | Mailing Address of Joint Debtor (if different from street address):<br>SAME |

Location of Principal Assets of Business Debtor
(if different from street address above):

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [x] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- [x] Individual(s)
- [ ] Corporation
- [ ] Partnership
- [ ] Other _____
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [x] Chapter 11
- [ ] Chapter 13
- [ ] Chapter 9
- [ ] Chapter 12
- [ ] Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- [x] Consumer/Non-Business
- [ ] Business

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(c) (Optional)

**Statistical/Administrative Information** (Estimates only)
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

(Official Form 1) (12/03) FORM B1, Page 2

| Voluntary Petition (This page must be completed and filed in every case) | Name of Debtor(s): |  |
|---|---|---|
| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
| Location Where Filed: NONE | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X  Marisol Rodriguez
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date  10/14/2005

X _____
Signature of Attorney for Debtor(s)
ALEXIS FUENTES-HERNANDEZ 217201

Printed Name of Attorney for Debtor(s)
CHARLES A. CUPRILL, PSC LAW OFFICES

Firm Name
356 FORTALEZA ST

Address  SECOND FLOOR

SAN JUAN PR 00901

Telephone Number
787-977-0515

Date  10/14/2005

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual
  10/14/2005
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____  10/14/2005
Signature of Attorney for Debtor(s)   Date

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☐ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one *person* prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

Form B4 West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

In re  ERICK RODRIGUEZ TORO
and
MARISOL RODRIGUEZ

Case No.
Chapter 11

_____/ Debtor

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of Creditor and Complete Mailing Address including Zip Code | Name, Telephone Number and Complete Mailing Address, including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who may be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or subject to Setoff | | Amount of Claim (if Secured also State Value of Security) |
|---|---|---|---|---|---|
| 1<br>VERONICA LEE BARNES<br>P.O. BOX 71405<br>SAN JUAN PR  00936 | Phone:<br>VERONICA LEE BARNES<br>P.O. BOX 71405<br>SAN JUAN PR  00936 | | | C<br>D | $ 901,312.59 |
| 2<br>USDA RURAL DEVELOPMENT<br>350 CHARDON STREET, SUITE 1201<br>SAN JUAN PR  00918 | Phone:<br>USDA RURAL DEVELOPMENT<br>350 CHARDON STREET, SUITE 1201<br>SAN JUAN PR  00918 | | | C | $ 464,308.37 |
| 3<br>BANCO POPULAR DE PUERTO RICO<br>P.O. BOX 362708<br>SAN JUAN P.R.  00936 | Phone:<br>BANCO POPULAR DE PUERTO RICO<br>P.O. BOX 362708<br>SAN JUAN P.R.  00936 | | | C<br>D | $ 269,428.87 |
| 4<br>BANCO SANTANDER<br>P.O. BOX 362589<br>SAN JUAN P.R.  00936-2589 | Phone:<br>BANCO SANTANDER<br>P.O. BOX 362589<br>SAN JUAN P.R.  00936-2589 | | | C<br>D | $ 238,606.66 |

Page 1

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address including Zip Code | Name, Telephone Number and Complete Mailing Address, including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who may be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or subject to Setoff | Amount of Claim (if Secured also State Value of Security) |
|---|---|---|---|---|
| 5<br>IREM DEL CARMEN POVENTUD GOYCO<br>EDIFICIO DEL CARMEN PH<br>AVE. LAS AMERICAS<br>PONCE PR 00731 | Phone:<br>IREM DEL CARMEN POVENTUD GOYCO<br>EDIFICIO DEL CARMEN PH<br>AVE. LAS AMERICAS<br>PONCE PR 00731 | | C<br>D | $ 200,000.00 |
| 6<br>RCA CONSTRUCTION<br>CALLE PASEO LAS FLORES #43<br>PRIMAVERA ENCANTADA<br>Trujillo Alto PR 00976 | Phone:<br>RCA CONSTRUCTION<br>CALLE PASEO LAS FLORES #43<br>PRIMAVERA ENCANTADA<br>Trujillo Alto PR 00976 | | C<br>D | $ 87,828.62 |
| 7<br>ASSOCIATES INTERNATIONAL<br>P.O. BOX 13786<br>SANTURCE PR 00908 | Phone:<br>ASSOCIATES INTERNATIONAL<br>P.O. BOX 13786<br>SANTURCE PR 00908 | | D | $ 64,267.66 |
| 8<br>ANA ZAMBRANA RIVERA<br>AVE. LAS AMERICAS 2174<br>VILLA GRILLASCA<br>PONCE PR 00717 | Phone:<br>ANA ZAMBRANA RIVERA<br>AVE. LAS AMERICAS 2174<br>VILLA GRILLASCA<br>PONCE PR 00717 | | D | $ 55,000.00 |
| 9<br>POPULAR AUTO<br>P.O.BOX 192234<br>SAN JUAN PR 00919 | Phone:<br>POPULAR AUTO<br>P.O.BOX 192234<br>SAN JUAN PR 00919 | | C<br>U<br>D | $ 23,214.09 |
| 10<br>CANADA LIFE INSURANCE CO.<br>P.O.BOX 9021115<br>SAN JUAN PR 00902 | Phone:<br>CANADA LIFE INSURANCE CO.<br>P.O.BOX 9021115<br>SAN JUAN PR 00902 | | C | $ 20,000.00 |
| 11<br>SEARS<br>P.O.BOX 183001<br>COLUMBUS OH 43218-3001 | Phone:<br>SEARS<br>P.O.BOX 183001<br>COLUMBUS OH 43218-3001 | | | $ 9,777.81 |
| 12<br>RG PREMIER BANK<br>P.O.BOX 2510<br>GUAYNABO P.R. 00970-2510 | Phone:<br>RG PREMIER BANK<br>P.O.BOX 2510<br>GUAYNABO P.R. 00970-2510 | | | $ 4,829.68 |

Page 2

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address including Zip Code | Name, Telephone Number and Complete Mailing Address, including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who may be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or subject to Setoff | Amount of Claim (If Secured also State Value of Security) |
|---|---|---|---|---|
| 13<br>SCOTIABANK VISA<br>P.O. BOX 362230<br>SAN JUAN PR   00936 | Phone:<br>SCOTIABANK VISA<br>P.O. BOX 362230<br>SAN JUAN PR   00936 | | | $ 3,270.03 |

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I, _____ , _____ of the *Individual Debtor* named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: *10/14/2005*       Signature _____

Name: *ERICK RODRIGUEZ TORO*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

In re **ERICK RODRIGUEZ TORO**
and
**MARISOL RODRIGUEZ**

Case No.
Chapter **11**

_____ / Debtor

Attorney for Debtor: **Alexis Fuentes-Hernández**

## COVER SHEET FOR LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached list of creditors, which consists of ___**3**___ pages, is true, correct and complete to the best of my knowledge.

Date: **10/14/2005**

_____
Debtor

_____
**Alexis Fuentes-Hernández**
Attorney for the debtor(s)
**356 Fortaleza St.
San Juan, PR  00901**

ERICK RODRIGUEZ TORO
P.O. BOX 8841
PONCE, PR 00732


MARISOL RODRIGUEZ
P.O. BOX 8841
PONCE, PR 00732


Alexis Fuentes-Hernández
356 Fortaleza St.
San Juan, PR 00901


ALFREDO BAUZA RODRIGUEZ
P.O. BOX 9009
PONCE, PR 00732


ANA ZAMBRANA RIVERA
AVE. LAS AMERICAS 2174
VILLA GRILLASCA
PONCE, PR 00717


ASSOCIATES INTERNATIONAL
P.O. BOX 13786
SANTURCE, PR 00908


BANCO POPULAR DE PUERTO RICO
P.O. BOX 362708
SAN JUAN, P.R. 00936


BANCO SANTANDER
P.O. BOX 362589
SAN JUAN, P.R. 00936-2589


BBV HIPOTECA
P.O.BOX 71397
SAN JUAN, PR 00936


CANADA LIFE INSURANCE CO.
P.O.BOX 9021115
SAN JUAN, PR 00902

DEPARTAMENTO DE HACIENDA
P.O. BOX 50074
SAN JUAN, PR 00902-6274


DEPARTAMENTO DE TRANSPORTACION
P.O. BOX 42001
MINILLAS STATION
SAN JUAN, PR 00940-2007


GENERAL ELECTRIC CAPITAL CORP
P.O.BOX 9023385
SAN JUAN, PR 00902-3385


INTERNAL REVENUE SERVICE
MERCANTIL PLAZA, RM. 1014
2 PONCE DE LEON AVE.
SAN JUAN, P.R. 00918


IREM DEL CARMEN POVENTUD GOYCO
EDIFICIO DEL CARMEN PH
AVE. LAS AMERICAS
PONCE, PR 00731


JOSE A. TORRES RODRIGUEZ
P.O. BOX 192831
SAN JUAN, PR 00919


JOSE FELIX RODRIGUEZ TORO
P.O. BOX 8841
PONCE, P.R. 00732


POPULAR AUTO
P.O.BOX 192234
SAN JUAN, PR 00919


RCA CONSTRUCTION
CALLE PASEO LAS FLORES #43
PRIMAVERA ENCANTADA
Trujillo Alto, PR 00976


RG PREMIER BANK
P.O.BOX 2510
GUAYNABO, P.R. 00970-2510

SCOTIABANK VISA
P.O. BOX 362230
SAN JUAN, PR 00936


SEARS
P.O. BOX 183001
COLUMBUS, OH 43218-3001


USDA RURAL DEVELOPMENT
350 CHARDON STREET, SUITE 1201
SAN JUAN, PR 00918


VERONICA LEE BARNES
P.O. BOX 71405
SAN JUAN, PR 00936