IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

ERICK J RODRIGUEZ

MARISOL RODRIGUEZ

XXX-XX-4192

XXX-XX-3294

Debtor(s)

CASE NO. 05-11709 BKT

Chapter 11

FILED & ENTERED ON 09/10/2008

ORDER

Upon the filing of a Joint Settlement by the U.S. Trustee and the Debtors in the captioned case, due notice having been given and no opposition having been filed, it is therefore ORDERED that:

1. The CONFIRMATION ORDER entered on 3/18/08 (docket #283) is hereby VACATED AND SET ASIDE.

2. Debtors' discharge under section 1141 and 1144 of the Bankruptcy Code is hereby REVOKED and,

3. The captioned case is hereby DISMISSED WITH PREJUDICE for five years pursuant to 11 USCA 1112.

IT IS SO ORDERED.

Brian K. Tester
U.S. Bankruptcy Judge

CC: DEBTOR(S)
CHARLES ALFRED CUPRILL